UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE, FURTHER DESCRIBED IN ATTACHMENT A | No. 3:25M00028<br><br>Hon. Michael F. Iasparro<br>Magistrate Judge<br><br>Ref No. 2025R000510 |

## ORDER

The UNITED STATES OF AMERICA by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, having filed its Motion to Unseal Search Warrant Materials, Orders, and Related Filings, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED THAT all filings that are under seal in this case shall be unsealed.

ENTER:

_____
Hon. Michael F. Iasparro
Magistrate Judge
United States District Court for the
Northern District of Illinois

DATE: 10/30/2025